## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OPTION CARE HEALTH, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-12817 |

### JOINT STATUS REPORT

Pursuant to the Court's April 7, 2026 Order, ECF No. 29, and the Parties' April 28, 2026 Joint Status Report, ECF No. 30, Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendant Option Care Enterprises, incorrectly sued herein as Option Care Health, Inc. ("Defendant") (collectively, the "Parties"), through undersigned counsel, submit the following joint status report:

1.  On September 29, 2025, the EEOC filed this lawsuit seeking relief for Kathryn Kelehan. ECF No. 1. Defendant filed its Answer on December 5, 2025. ECF No. 7. On January 29, 2026, Judge Myong J. Joun entered a Scheduling Order. ECF No. 21.

2.  On March 2, 2026, the Parties filed a Joint Motion to Stay all Proceedings, and advised the Court the Parties believed they had reached agreement in principle on settlement terms. The Parties requested a 30-day stay of all deadlines to finalize the Consent Decree. ECF No. 24. On March 3, the Court granted the Motion and directed the Parties to file a joint status report by April 1, 2026. ECF No. 25.

3.  On April 1, 2026, the Parties filed a Joint Status Report and advised the Court that the Parties were continuing to cooperatively negotiate the terms of the Consent Decree, and

1

326257732v.1

2

requested an additional 30 days within which to finalize and file the Consent Decree or a further Joint Status Report.  ECF No. 28.  On April 7, the Court directed the Parties to file a Consent Decree or further Joint Status Report not later than May 1, 2026.  ECF No. 29.

4. On April 28, 2026, the Parties filed a Joint Status Report advising the Court that they were making significant progress negotiating the Consent Decree, and requested that they file either the Consent Decree or a further Joint Status report not later than June 1, 2026.  ECF No. 30.

5. The Parties are pleased to report that they reached agreement on all terms of the Consent Decree and are finalizing the Consent Decree for submission to the Court.  In order to accommodate the personal and professional schedules of counsel and Defendant's employees who are necessary to execute the Consent Decree, as well as the June 19, 2026 Juneteenth federal holding, the Parties believe they need three weeks to finalize and file the Consent Decree.

6. Therefore, the Parties respectfully propose that they will file the Consent Decree no later than June 22, 2026.

326257732v.1

Dated: June 1, 2026                                           Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY                    OPTION CARE HEALTH, INC.
COMMISSION

                                                             By Its Attorneys,
                                                             SEYFARTH SHAW LLP


/s/ Elizabeth A. Figueira                                    /s/ Christopher W. Kelleher
Elizbeth A. Figueira                                         Christopher W. Kelleher, BBO 705508
Assistant Regional Attorney                                  Two Seaport Lane
United States Equal Employment Opportunity                   Suite 1200
Commission                                                   Boston, MA 02210
New York District Office                                     ckelleher@seyfarth.com
33 Whitehall Street, 5th Floor
New York, NY 10004                                           Christopher DeGroff, admitted *pro hac vice*
Phone: 929.506.5357                                          233 S Wacker Dr., #8000
Fax: 212.336.3623                                            Chicago, IL 60606
Email: elizabeth.figueira@eeoc.gov                           (312) 460-5982
                                                             cdegroff@seyfarth.com

*Attorneys for Plaintiff*                                    Samantha L. Brooks, admitted *pro hac vice*
                                                             sbrooks@seyfarth.com
                                                             975 F Street, N.W.
                                                             Washington, DC  20004-1454
                                                             Telephone:  (202) 463-2400
                                                             Facsimile:  (202) 828-5393

                                                             *Attorneys for Defendant*

326257732v.1

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026 a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher

326257732v.1

4