**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-12817-MJJ |
| OPTION CARE HEALTH, INC., | |
| Defendant. | |

## JOINT MOTION TO APPROVE CONSENT DECREE

The U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Option Care Health, Inc. ("Defendant" or "Option Care") have engaged in comprehensive settlement negotiations and have agreed that the above-captioned action should be resolved by entry of the proposed Consent Decree attached to this motion for the reasons stated therein.

In support of this motion, the Parties state that they are in agreement that the Court has jurisdiction over this action and over any matter arising under the proposed Consent Decree, and that the terms of the proposed Decree are adequate and reasonable, will further the public interest and the objectives of the Pregnant Workers Fairness Act, and will fully resolve the dispute between the Parties.

The Parties respectfully move this Court to approve and enter the attached Consent Decree.

Dated: June 22, 2026

[signatures to follow on the next page]

/s/ *Elizabeth A. Figueira*
ELIZABETH FIGUEIRA
Assistant Regional Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
(929) 506-5357
elizabeth.figueira@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

/s/ *Christopher W. Kelleher*
Christopher W. Kelleher, BBO 705508
SEYFARTH SHAW LLP
Two Seaport Lane
Suite 1200
Boston, MA 02210
ckelleher@seyfarth.com

Christopher DeGroff, admitted *pro hac vice*
233 S Wacker Dr., #8000
Chicago, IL 60606
(312) 460-5982
cdegroff@seyfarth.com

Samantha L. Brooks, admitted *pro hac vice*
sbrooks@seyfarth.com
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:   (202) 463-2400
Facsimile:    (202) 828-5393

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system on June 22, 2026 and, therefore, will be served electronically by the ECF system upon each party and participant identified on the Notice of Electronic Filing.

/s/ *Elizabeth A. Figueira*
ELIZABETH FIGUEIRA