UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____
                                        )
**United States Equal Employment**      )
**Opportunity Commission**              )
                    Plaintiff,          )          **1:25-cv-12817-MJJ**
          **v.**                        )
                                        )
**Option Care Health, Inc.**            )
                    Defendant           )
_____)

## ORDER OF DISMISSAL

**JOUN, D.J.**

In accordance with the Consent Decree Judgment, entered and dated June 24, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


                                        /s/ Steve K. York
June 29, 2026                           -------------------------
                                        **Deputy Clerk**